| | |
|---|---|
| THE LAW FIRM OF<br># CÉSAR DE CASTRO, P.C.<br>ATTORNEY AT LAW | 7 World Trade Center, 34th Floor<br>New York, New York 10007<br><br>646.200.6166 Main<br>646.839.2682 Fax<br>www.cdecastrolaw.com |

August 14, 2018

*Via* ECF

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street, Room 630
White Plains, New York  10601

      Re:    *United States v. Johnson, et al.,* 17 Cr. 505 (VB)

Dear Judge Bricetti:

We represent Natquan Catts in the above-referenced matter.  We write to request that the Court waive Mr. Catts' appearance at the August 20, 2018 scheduled arraignment and arraign him on the same day as his scheduled guilty plea, *i.e.*, August 23, 2018.  We have conferred with Assistant U.S. Attorney Christopher Clore and the government has no objection to our request. We thank the Court for its consideration.

Respectfully submitted,

/s/

César de Castro
Valerie A. Gotlib


cc:    all counsel of record (*via* ECF)